# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>209 East Greenwood Street, Springfield, Missouri, 65807 | )<br>)<br>) Case No. 17-SW-3022 DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:

209 East Greenwood Street, Springfield, Missouri, 65807, more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Fruits, instruments, and evidence of violations 18 U.S.C. Sections 2251, 2252, and 2252A, further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 8, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David P. Rush, United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____2/22/17 at 1:34 p.m._____  _____[signature]_____
*Judge's signature*

City and state: _____Springfield, Missouri_____  _____David P. Rush, United States Magistrate Judge_____
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 17-SW-2022 APR | 02/28/2017  930 HRS | LEFT AT RESIDENCE |

Inventory made in the presence of:
TFO JAMES SMITH

Inventory of the property taken and name of any person(s) seized:

MOTOROLA CELLPHONE IMEI 268 435 459 406 275 242
HP LAPTOP SER# CNF01103F2
SAMSUNG CELLPHONE A3LSCHH A355
CANON SD CARD
3 MICRO SD CARDS
1 GB MEMOREX FLASH DRIVE
HP CPU SER# MXX02905NB
SANDISK 4GB FLASH DRIVE
WESTERN DIGITA HARD DRIVE SER# WCAV55457323
4 USB FLASH DRIVES
OPTICAL DISKS (108)
HP LAPTOP SER# SCD 3050674
90 MARIJUANA PLANTS
74 VARIOUS CONTAINERS OF MARIJUANA
1 BAG MARIJUANA STEMS
ASSORTED DRUG PARAPHERNALIA (41)
6 FREEZER BAGS OF MARIJUANA
3 TUBS OF MARIJUANA LEAVES
16 GA SHOTGUN (HR) SER# 66458
12GA WINCHESTER SHOTGUN MOD. 37 NO SER#
3 HALOGEN LIGHTS
1 EXHAUST FAN

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/7/2017

_____
Executing officer's signature

J.D. Holdman    HSI/SA
Printed name and title

# ATTACHMENT A
## Description of Property to be Searched

The property to be searched, 209 East Greenwood Street, Springfield, Missouri 65807, is a duplex. The duplex has red colored brick, and off white to yellowish colored lap siding, covering the exterior walls. The roof is covered by brown and gray composition asphalt shingles. Each side of the duplex has a one car attached garage, with the numbers 209 and 211 marking each address. The view of the duplex from the front of the residence is on East Greenwood Street. The residence at 209 is located on the left side of the duplex, and 211 is on the right side.



1

# ATTACHMENT B
## Particular Things to be Seized

1. Computers and computer equipment, cellular phones, digital storage devices, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, flash drives, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, computer software, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners in addition to computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, or other visual depictions of such Graphic Interchange format equipment, and the data stored within these materials, which has been used or may be used for the following:

   a) to visually depict minors engaged in sexually explicit conduct, child pornography, and/or child erotica;

   b) to advertise, transport, distribute, receive, collect, and possess visual depictions of minors engaged in sexually explicit conduct, child pornography, and/or child erotica; and

   c) to show or evidence a sexual interest in minors or desire or motive to collect or distribute visual depictions of minors engaged in sexually explicit conduct or child pornography.

2. Records, documents, writings, and correspondence with others pertaining to the possession, receipt, distribution, transportation or advertisement of visual depictions of minors engaged in sexually explicit conduct or child pornography.

3. Any and all photographs, compact disks, DVD's, motion picture films (including but not limited to 8mm film), super 8 video, video cassette tapes, production and reproduction equipment, motion picture cameras, video cameras, video cassette recorders, and other photographic and video recording equipment used to produce or reproduce photographs, motion picture films, or video cassettes, cameras, documents, books, records, ledgers, correspondence, receipts, magazines, and other materials reflecting the purchase, sale, trade, transmission, advertising, transport, distribution, receipt, and possession of any visual depiction of minors engaged in sexually explicit conduct or to show or evidence a sexual interest in minors or desire or motive to collect, distribute, and receive visual depictions of minors engaged in sexually explicit conduct or child pornography.

4. Any and all magazines, books, photographs, letters, written narratives and computer text files or any other printed or electronic matter to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect, or possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

5. Any and all records showing or bearing indicia of the use, ownership, possession, or control of the residential/business premises described as and items contained therein, including visual depictions of minors engaged in sexually explicit conduct, child pornography, computer equipment, accessories, telephone(s), modem(s), or such records, whether stored on paper, in files, invoices, bills, leases, deeds, permits, licenses,

3

telephone bills, tax receipts, or other documentation, or on magnetic media such as tape, cassette, disk, diskette, or on memory storage devices such as optical disks, or storage media.

6. Envelopes, letters, and other correspondence, including, but not limited to, electronic mail, chat logs, IRC logs, ICQ logs, all usage records for distributed file sharing technologies, and electronic messages, offering to distribute and receive visual depictions of minors engaged in sexually explicit conduct or child pornography, or to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect and possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

7. Records or other items that evidence ownership or use of computer equipment found in the above residence, including, but not limited to, correspondence, sales receipts, and bills for Internet access, all handwritten notes and handwritten notes in computer manuals.

8. Keys, storage combinations, passwords, and paperwork which indicate any other storage containers or facilities that could contain evidence of collection, advertising, transport, distribution, receipt, or possession of visual depictions of minors engaging in sexually explicit conduct or child pornography.